UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JASON BROOKS,**

    **Plaintiff,**

**v.**                                                              Case No: 5:23-cv-371-JSM-PRL

**CIRCLE K STORES INC.,**

    **Defendant.**

_____

## ORDER

On September 19, 2024, Defendant filed a motion to compel overdue discovery responses from Plaintiff. (Doc. 30). On September 30, 2024, Defendant filed an amended motion advising that the parties have resolved all issues raised by the motion in good faith. (Doc. 31). Accordingly, Defendant's motion to compel (Doc. 30) and the amended motion (Doc. 31) are **terminated as moot.**

**DONE** and **ORDERED** in Ocala, Florida on October 3, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties